## Planning and Inspections Fees

EXHIBIT 2

| SERVICE | FEE |
|---|---|
| Appeal Application | $500 |
| Beachfront Business Application: | |
|     Non-Profit and School Groups | $100 |
|     Wrightsville Beach-based For-Profit Businesses | $100 |
|     Non-Wrightsville Beach-based For-Profit Businesses | $200 |
| CAMA Permit Application | $100 |
| Conceptual Review | $300 |
| Conditional Use Permit Application | $400 |
| Conditional Use Permit Application – Commercial Parking Lots | $800 |
| Conditional Use Permit Application – Mixed Use | $800 |
| Driveways – New & Resurfacing | $ 75 |
| Encroachment Agreement Application | $400 |
| Exception Request | $500 |
| Exception Request – Pier and Dock | $500 |
| Historical Landmark | $500 |
| N C Homeowners Recovery Fund | $ 10 |
| Re-inspection Fee | $ 50 |
| Rezone Base Fee | $400 |
| Signs | $ 75 |
| Storm Water Permit Fee | $50 |
| Text Amendment Petition | $500 |
| Tree Permit Fee | $ 50 |
| Variance Application | $500 |
| Working without a permit - fee per day | $100 |
| Zoning Verification Documentation | $100 |
| Zoning Permit (Existing Use) | $100 |
| Zoning Permit (Change of Use) | $100 |
| Zoning Compliance (Existing Use) | $100 |
| Zoning Compliance (New Development) | $100 |

# Planning and Inspections Fees - Continued

| SERVICE | FEE |
|---|---:|
| *Building Permit Fee Schedule* | |
| Cost of Work:      $ 0.00 to $ 199.00 | $ 50 |
| $ 200.00 to $ 2,000.00 | $ 75 |
| $ 2,001.00 to $ 4,000.00 | $100 |
| $ 4,001.00 to $ 6,000.00 | $125 |
| $ 6,001.00 to $ 8,000.00 | $150 |
| $ 8,001.00 to $10,000.00 | $225 |
| $10,001.00 to $15,000.00 | $225 |
| $15,001.00 to $20,000.00 | $225 |
| $20,001.00 to $25,000.00 | $300 |
| $25,001.00 to $30,000.00 | $325 |
| $30,001.00 to UNLIMITED | $325 *plus $15 per $1,000 (or any portion thereof) in excess of $30,001* |
| **_Construction Work Hours_** <br> 8:00 am – 6:00 pm ….Monday thru Saturday   (No work conducted on Sunday) | |