UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER T. MANGUM, ) *individually and d/b/a Wrightsville Beach* ) *Jet Ski Rentals,* WRIGHTSVILLE BEACH ) JET SKI RENTALS, INC., MITCHELL ) CARSON SEITTER, *individually and* ) *d/b/a Carolina Coast Watersports, LLC* ) and CAROLINA COAST WATERSPORTS ) LLC, ) Plaintiffs, ) ) v. ) ) ) TOWN OF WRIGHTSVILLE BEACH ) *a North Carolina Corporation and Body* ) *Politic,* TIMOTHY OWENS, ) *individually & in his official capacity as* ) *Town Manager*, and JOHN WESSELL, ) *individually & in his official capacity as* ) *Town Attorney,* ) Defendant. ) | **JUDGMENT** No. 7:19-CV-29-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss, plaintiffs' motion for summary judgment, defendants' motion to extend case management order deadlines, defendants' motion for sanctions, plaintiffs' motion for reconsideration and plaintiff Mangum's motion to amend complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered November 20, 2019 and August 24, 2020, and for the reasons set forth more specifically therein, defendants' motions to dismiss is GRANTED. Plaintiff's ADA claims are DISMISSED WITH PREJUDICE. The court dismisses plaintiffs' claims pursuant to res judicata WITH PREJUDICE and dismisses plaintiffs' claims on jurisdictional grounds WITHOUT PREJUDICE. The court DENIES AS MOOT plaintiffs' motion for partial summary judgment and defendants' motion to extend case management order deadlines.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants' Wessell and Town's motion for sanctions is DENIED, plaintiffs' motion for reconsideration is DENIED and plaintiff Mangum's motion to amend complaint is DENIED.

**This Judgment Filed and Entered on August 24, 2020, and Copies To:**
Christopher T. Mangum (via CM/ECF Notice of Electronic Filing)
Gregory A. Buscemi (via CM/ECF Notice of Electronic Filing)
M. Carson Seitter d/b/a Carolina Coast Watersports, LLC  (via US mail) 7752 Wood Hall Drive, Wilmington, NC 28411
Brian E. Edes (via CM/ECF Notice of Electronic Filing)
Elizabeth C. King / Melody Jewell Jolly (via CM/ECF Notice of Electronic Filing)

August 24, 2020			PETER A. MOORE, JR., CLERK

					  /s/ Sandra K. Collins
					(By) Sandra K. Collins, Deputy Clerk